**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL WATSON
ADC # 99967                                                                                              PLAINTIFF

V.                                    2:07CV00102 SWW/HDY

LARRY NORRIS, Director, Arkansas Department of
Correction; RAY HOBBS, Chief Deputy Director,
Arkansas Department of Correction; GREG HARMON,
Warden, East Arkansas Regional Unit, Arkansas Department
of Correction; MAURICE WILLIAMS, Major,
East Arkansas Regional Unit, Arkansas Department of Correction;
DENNIS JACKSON, Captain, East Arkansas Regional Unit,
Arkansas Department of Correction; MOSES JACKSON,
Captain, East Arkansas Regional Unit, Arkansas Department
of Correction; P. GREEN, Classification Officer, East
Arkansas Regional Unit, Arkansas Department of Correction;
and Mr. GAY, Unit Manager, East Arkansas Regional Unit,
Arkansas Department of Correction                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and the objections and "statement of necessity" filed by plaintiff. After carefully considering the objections and statement, and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1

1)   Defendants' Motion to Dismiss (docket entry #15) is GRANTED IN PART, DENIED IN PART;

2)   Defendants' request to dismiss Plaintiff's allegations of violations of due process is GRANTED;

3)   Plaintiff will be allowed to proceed with his 42 U.S.C. § 1983 retaliation claims against the Defendants; and

4)   Plaintiff shall be appointed counsel and this matter will be set for trial by separate order.

DATED this 5th day of December 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE