**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MICHAEL WATSON
ADC # 99967                                                                                            PLAINTIFF

V.                                   2:07CV00102 BSM/HDY

LARRY NORRIS *et al.*                                                                          DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's Motion to Voluntarily Dismiss his Complaint (docket entry #48), unopposed by the Defendants, which reflects an agreement between the parties to settle this matter. For good cause shown, the request is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

DATED this 27th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE