IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL WATSON
ADC # 99967                                                                                          PLAINTIFF

V.                                         2:07CV00102 BSM/HDY

LARRY NORRIS *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 27th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE